**EXHIBIT 1**

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:   July 29, 2004
Invoice No.:   2004074545

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client:  Fischer, Shem  (39901.00)
Matter:  Forestwood, Inc.  (091385)

For Professional Services Rendered through June 30, 2004:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 06/14/04 | 8.10 | 1,620.00 | Research state tort law regarding punitive damages to add interference with contract claim regarding FLDS church; seek consent to extend timeline to amend complaint to July 15, 2004 in order to add FLDS party |
| JWS | 06/15/04 | 7.80 | 1,560.00 | Research state tort law regarding punitive damages to add interference with contract claim regarding FLDS church; |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 06/16/04 | 8.40 | 1,680.00 | Research state tort law regarding punitive damages to add interference with contract claim regarding FLDS church; |
| JWS | 06/28/04 | 3.30 | 660.00 | Further work on FLDS interference claim |
| JWS | 06/30/04 | 3.20 | 640.00 | Review memo/conference with B. Rogers regarding bringing in FLDS church on interference with contract claim and interference with prospective business relations; work on possible FLDS defense – First Amendment, etc. |

TOTAL FEES

DISBURSEMENTS

| | |
|------|------|
| 5.00 | Messenger Service |
| 1.80 | Postage |

$6.80    TOTAL DISBURSEMENTS

Total Current Charges

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:  August 31, 2004
Invoice No.:  2004084499

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client:  Fischer, Shem  (39901.00)
Matter:  Forestwood, Inc.  (091385)

For Professional Services Rendered through July 31, 2004:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| BLR | 07/02/04 | 0.80 | 180.00 | Conference with J. Stewart regarding possible amendment of Fischer complaint and research task; conference with B. Taylor regarding research to conduct |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 07/07/04 | 0.50 | 100.00 | Meet with B. Rogers regarding pros and cons of filing claims against FLDS church for interference with contract |
| JWS | 07/12/04 | 1.30 | 260.00 | new allegations vs. FLDS church, Warren Jeffs and others; revise amended complaint |
| BLR | 07/13/04 | 2.60 | 585.00 | Revise amended complaint; conference with J. Stewart regarding same; conference with D. Watkiss regarding same |
| JWS | 07/13/04 | 0.50 | 100.00 | Revise complaint for claims vs. FLDS church |
| BLR | 07/14/04 | 2.40 | 540.00 | Conference with J. Stewart and D. Watkiss regarding amendment; additional research into 1st Amendment defense |
| JWS | 07/14/04 | 0.50 | 100.00 | Meet with B. Rogers to finalize suit vs. FLDS church, Warren |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| | | | | Jeffs and others |
| BLR | 07/16/04 | 1.50 | 337.50 | Finalize amended complaint for filing; draft motion to amend pleadings; coordinate filing of amended complaint and motion to amend |
| JWS | 07/30/04 | 2.90 | 580.00 | Prepare questions regarding interference with business relations claims; prepare new discovery request questions for FLDS church and named individual defendants |

TOTAL FEES

<u>DISBURSEMENTS</u>

|       |                 |
|------:|-----------------|
| 9.00  | Duplicating     |
| 10.00 | Messenger Service |
| 443.45 | Westlaw Research |

| $462.45 | TOTAL DISBURSEMENTS |

Total Current Charges

Total Due This Invoice

Plus:  Unpaid Prior Balance

**TOTAL AMOUNT DUE**

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: September 29, 2004
Invoice No.: 2004095350

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client: Fischer, Shem  (39901.00)
Matter: Forestwood, Inc.  (091385)

For Professional Services Rendered through August 31, 2004:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 08/04/04 | 3.80 | 760.00 | Review Warren Jeffs statements regarding separation from non-believers, notes regarding meetings with church personnel and Shem, loss of house and departure from FLDS beliefs and further statements regarding job return |
| JWS | 08/05/04 | 2.90 | 580.00 | Continue review of Warren Jeffs statements regarding separation from non-believers, notes regarding meetings with church personnel and Shem, loss of house and departure from FLDS beliefs and further statements regarding job return |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 08/06/04 | 1.90 | 380.00 | Continue review of Warren Jeffs statements regarding separation from non-believers, notes regarding meetings with church personnel and Shem, loss of house and departure from FLDS beliefs and further statements regarding job return; connect statements to New York law case similar to FLDS conduct allowing interference with contract claims |
| JWS | 08/09/04 | 0.50 | 100.00 | Obtain permission of Court to allow amended complaint against Warren Jeffs and FLDS entities; apply court order due to failure of those entities to oppose proposed amended complaint |
| JWS | 08/10/04 | 2.40 | 480.00 | Telephone calls regarding alleged failure of FLDS to receive motion to amend complaint; alleged first amendment defense and response; research Rule 15 liberal cases |
| BLR | 08/13/04 | 1.30 | 292.50 | Prepare and draft notices of deposition for FLDS, Forestwood, M. Fischer and W. Jeffs |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| | | | | conference with J. Stewart regarding same |
| BLR | 08/26/04 | 1.50 | 337.50 | Prepare acknowledgment of service for FLDS entities; prepare summons for W. Jeffs |

TOTAL FEES

DISBURSEMENTS

| | |
|------|------|
| 10.37 | Messenger Service |
| 1.00 | Outgoing Fax |

$11.37   TOTAL DISBURSEMENTS

Total Current Charges

Total Due This Invoice

Plus:  Unpaid Prior Balance

**TOTAL AMOUNT DUE**

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: October 13, 2004
Invoice No.: 2004103292

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client: Fischer, Shem (39901.00)
Matter: Forestwood, Inc. (091385)

For Professional Services Rendered through September 30, 2004:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 09/07/04 | 2.50 | 500.00 | Document requests regarding FLDS church; renewed request for Forestwood and related materials accounts |
| JWS | 09/17/04 | 2.70 | 540.00 | Work on deposition outline for W. Jeffs |

TOTAL FEES

Total Current Charges

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: November 3, 2004
Invoice No.: 2004111469

.em Fischer
.tradent Products, Inc.
)200 South 500 West
>uth Jordan, UT 84095

.ient: Fischer, Shem (39901.00)
.tter: Forestwood, Inc. (091385)

r Professional Services Rendered through October 31, 2004:

| NIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|---------|-------|---------|-------------|
| WS | 10/01/04 | 4.90 | 980.00 | Work on Warren Jeffs deposition questions; arrange mid-November deposition of Forestwood; make calls regarding second set of books regarding materials account; search for alternate witnesses regarding religious discrimination and interference with contract claims |
| WS | 10/04/04 | 4.20 | 840.00 | Telephone calls regarding service of process on Warren Jeffs; revise deposition dates; telephone calls regarding double books kept by Forestwood and other FLDS entities; removal from home as evidence that religion was criteria for job removal motivation; board chairman evidence regarding termination and refusal to hire Fischer at Forestwood |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 10/05/04 | 5.90 | 1,180.00 | Telephone calls regarding service of process on Warren Jeffs; revise deposition dates; telephone calls regarding double books kept by Forestwood and other FLDS entities; removal from home as evidence that religion was criteria for job removal motivation; board chairman evidence regarding termination and refusal to hire Fischer at Forestwood |
| BLR | 10/06/04 | 1.20 | 270.00 | Research service possibilities for defendant W. Jeffs and service by publication requirements; telephone conference with process server regarding service difficulties |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|

TOTAL FEES

DISBURSEMENTS

18.68   Westlaw Research

$18.68   TOTAL DISBURSEMENTS

Total Current Charges

Total Due This Invoice

Plus:  Unpaid Prior Balance

**TOTAL AMOUNT DUE**

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:  December 2, 2004
Invoice No.:  2004120471

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client:  Fischer, Shem  (39901.00)
Matter:  Forestwood, Inc.  (091385)

For Professional Services Rendered through November 30, 2004:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 11/01/04 | 5.10 | 1,020.00 | Review asset attach research statute, lis pendens, calls regarding depositions for the week of November 8-12; |
| | | | | potential default of two FLDS church entities who were served but never filed answer or motion to dismiss |
| JCD | 11/02/04 | 0.70 | 80.50 | Drafted Certificate of Default |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JCD | 11/03/04 | 0.70 | 80.50 | Revised certificate of default and filed same with the Court |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 11/23/04 | 3.70 | 740.00 | Draft letter regarding statements of R. Parker and S. Berry in connection with two FLDS entities defaulting in lawsuit; |

TOTAL FEES

DISBURSEMENTS

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:  February 25, 2005
Invoice No.:  2005024529

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client:  Fischer, Shem  (39901.00)
Matter:  Forestwood, Inc.  (091385)

For Professional Services Rendered through January 31, 2005:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| BLR | 01/04/05 | 0.60 | 150.00 | conference with B. |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| | | | | Mark regarding motion for leave to serve W. Jeffs by publication |
| --- | | | | |
| BJM | 01/06/05 | 1.70 | 331.50 | Editing ex parte motion, order, and affidavit for order for service by publication |
| BLR | 01/06/05 | 1.90 | 475.00 | |
| | | | | review papers prepared by B. Mark for motion to serve W. Jeffs by publication |
| JWS | 01/07/05 | 0.40 | 80.00 | Telephone conversation Shem re discovery and default of Warren Jeffs; |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JCD | 01/24/05 | 3.00 | 375.00 | Contacted local newspapers in Texas, Colorado and Utah to place Summons in the paper to serve Warren Jeffs |
| BLR | 01/24/05 | 2.40 | 600.00 | conference with J. Donovan re arrangements with newspapers for service by |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| | | | | publication on W. Jeffs; |
| JCD | 01/25/05 | 4.50 | 562.50 | Coordinated with three papers to issue a summons on Warren Jeffs; review of the proofs; edited same |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|

TOTAL FEES

### DISBURSEMENTS

|          |                        |
|---------:|------------------------|
| 40.70    | Duplicating            |
| 1,560.78 | Deposition Transcripts |
| 26.63    | Messenger Service      |
| 1.81     | Long Distance Telephone|
| 22.20    | Delivery Service       |
| 1,154.53 | Duplicating Services   |
| 108.99   | Lexis Research         |

TOTAL DISBURSEMENTS

Total Current Charges

Total Due This Invoice

Plus:  Unpaid Prior Balance

**TOTAL AMOUNT DUE**

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: March 24, 2005
Invoice No.: 2005034018

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client: Fischer, Shem  (39901.00)
Matter: Forestwood, Inc.  (091385)

For Professional Services Rendered through February 28, 2005:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|

BLR    02/08/05    2.70        675.00

conference with J. Donovan
regarding proof of service by
publication; review proofs of
publication from Cortez,
Colorado paper and El Doradado,
Texas paper;

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| BLR | 02/11/05 | ~~2.20~~ | 550.00 | Complete Proof of Service for Warren Jeffs and coordinate filing and service of same; |

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: April 27, 2005
Invoice No.: 2005044080

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client: Fischer, Shem (39901.00)
Matter: Forestwood, Inc. (091385)

For Professional Services Rendered through March 31, 2005:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| BLR | 03/01/05 | 0.70 | 175.00 | Draft certificate of default for Warren S. Jeffs; |

finalize
Certificate of default for W.
Jeffs; coordinate filing of same

_____   _____

TOTAL FEES

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:  June 8, 2005
Invoice No.:  2005061480

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client:  Fischer, Shem  (39901.00)
Matter:  Forestwood, Inc.  (091385)

For Professional Services Rendered through May 31, 2005:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| BLR | 05/02/05 | 5.30 | 1,325.00 | draft motion for service by publication of notice of deposition of Warren S. Jeffs and proposed Order re: same; |
| JWS | 05/02/05 | 2.40 | 480.00 | Meeting with S. Fischer, B. Rogers, regarding assets of FLDS church, FLDS bishopric and location of W. Jeffs |
| BLR | 05/03/05 | 1.00 | 250.00 | Conf. with J. Donovan re: asset |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| | | | | search for church property and conf. yesterday with S. Fischer; review motion to serve deposition notice by publication |
| BLR | 05/05/05 | 1.90 | 475.00 | Prepare motion to serve deposition notice for W. Jeffs by publication; conf. with J. Stewart re: same; |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| BLR | 05/23/05 | 5.30 | 1,325.00 | prepare motion to serve Warren Jeffs by publication with Notice of Deposition and Requests for Admission; |
| JWS | 05/23/05 | 3.60 | 720.00 | Court hearing regarding permission to serve discovery and deposition notice by publication on W. Jeffs; |
| BLR | 05/24/05 | 2.40 | 600.00 | Revise Motion to Serve Jeffs by Publication and related documents; draft Requests for Admission |
| BLR | 05/25/05 | 3.70 | 925.00 | Draft and revise requests for admission to Warren S. Jeffs; |

0.5

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
|      |      |       |        | ensure compliance with Rule 36; research effect of W. Jeff's admissions on other parties to lawsuit; revise and finalize motion for service by publication of notice of deposition and requests for admission; |

TOTAL FEES

DISBURSEMENTS

Total Current Charges

Total Due This Invoice

Plus: Unpaid Prior Balance

**TOTAL AMOUNT DUE**

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600

SALT LAKE CITY, UTAH 84111-2221

801-531-3000

FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:  July 29, 2005
Invoice No.:   2005074869

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095


Client: Fischer, Shem (39901.00)
Matter: Forestwood, Inc. (091385)


For Professional Services Rendered through June 30, 2005:


| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
| --- | --- | --- | --- | --- |
| BLR | 06/07/05 | 3.90 | 975.00 | Edit and revise motion to serve W. Jeffs by publication; |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JCD | 06/15/05 | 3.50 | 437.50 | Arranged for an order to be published in three newspapers; phone calls re same; e-mailed Word and PDF versions |
| JCD | 06/22/05 | 1.50 | 187.50 | Contacted publishers to follow up on legal notices and secure proof of publications |

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:  August 26, 2005
Invoice No.:  2005084356

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client:  Fischer, Shem  (39901.00)
Matter:  Forestwood, Inc.  (091385)

For Professional Services Rendered through July 31, 2005:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| BLR | 07/01/05 | 0.40 | 100.00 | Emails to and from J. Donovan re: completion of service by publication of notice of deposition and requests for admission to W. Jeffs. |
| BLR | 07/06/05 | 0.80 | 200.00 | Revise and finalize proof of service by publication of Notice of Deposition and Requests for Admission to W. Jeffs; coordinate service and filing of same. |
| JWS | 07/11/05 | 1.50 | 300.00 | Work on stipulation, Warren Jeffs default, Warren Jeffs deposition |
| JWS | 07/15/05 | 2.10 | 420.00 | Prepare documents and questions for deposition of W. Jeffs |
| JWS | 07/18/05 | 7.00 | 1,400.00 | Prepare for deposition of W. Jeffs |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JCD | 07/19/05 | 1.50 | 187.50 | Gathered potential exhibits and depositions for use during the Warren Jeff's deposition |
| JWS | 07/19/05 | 0.90 | 180.00 | Prepare for deposition of W. Jeffs |
| JWS | 07/20/05 | 2.70 | 540.00 | Prepare for deposition of W. Jeffs; make record with court reporter of Jeffs' non-appearance and non-response to requests for admission |

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:  January 24, 2006
Invoice No.:  2006013556

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095

Client:  Fischer, Shem  (39901.00)
Matter:  Forestwood, Inc.  (091385)

For Professional Services Rendered through December 31, 2005:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 12/16/05 | 2.40 | 480.00 | Research Default Judgment Standards and method for proving up damages |

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

201 SOUTH MAIN STREET, SUITE 600
SALT LAKE CITY, UTAH 84111-2221
801-531-3000
FAX: 801-531-3001

TAX IDENTIFICATION NO. 23-0382195

Invoice Date:   May 24, 2006
Invoice No.:    2006053753

Shem Fischer
Ultradent Products, Inc.
10200 South 500 West
South Jordan, UT 84095


Client:  Fischer, Shem  (39901.00)
Matter:  Forestwood, Inc.  (091385)


For Professional Services Rendered through April 30, 2006:

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 04/17/06 | 2.30 | 460.00 | Work on default papers vs. FLDS and Warren Jeffs. |
| BLR | 04/18/06 | 2.80 | 840.00 | Telephone conf. with S. Stuart re: draft expert report; begin drafting request for entry of default judgments against FLDS entities and researching applicable federal rules |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| JWS | 04/18/06 | 1.70 | 340.00 | Work on default paper vs. FLDS and Warren Jeffs. |
| BLR | 04/19/06 | 2.20 | 660.00 | research applicable federal rules of civil procedure re: application for default judgments against W. Jeffs and FLDS entities; draft and revise Request for Entry of Default Judgments |
| JWS | 04/19/06 | 2.30 | 460.00 | Work on default paper vs. FLDS and Warren Jeffs. |
| BLR | 04/20/06 | 2.10 | 630.00 | Email to S. Stuart re: report; revise request for entry of default judgments against FLDS entities; research possibility of requesting punitive damages in default judgment or reserving issue for subsequent proceedings |
| BLR | 04/21/06 | 4.00 | 1,200.00 | ; conf. with J. Stewart re: motion for default judgments; conf. with B. Mark re: motion for default judgments and his prior research re: same; revise request for entry of default judgments; research necessity of hearing to support same |
| JWS | 04/21/06 | 3.40 | 680.00 | Work on default paper vs. FLDS and Warren Jeffs. |
| BJM | 04/24/06 | 1.10 | 258.50 | Conference with B. Rogers regarding default judgment procedure; |

| INIT | DATE | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| BLR | 04/24/06 | 4.50 | 1,350.00 | Revise request for entry of default judgments per conferences with J. Stewart; research case law regarding necessity of hearings on unliquidated damages, damages capable of computation, standard of appellate review, and punitive damages; conf. with B. Mark re: his research into same; |
| BLR | 04/25/06 | 1.70 | 510.00 | Determine which exhibits are necessary to submit for motion for default judgments and compile same |
| BLR | 04/26/06 | 0.60 | 180.00 | Emails to and from S. Fischer re: default judgments |
| JWS | 04/28/06 | 2.00 | 400.00 | Review default materials for Warren Jeffs and the two church entities |

TOTAL FEES

DISBURSEMENTS