**EXHIBIT 3**

# Invoice

THE ELDORADO SUCCESS
BOX 1115
ELDORADO, TX 76936

75. 2657 #598

| DATE | INVOICE NO. |
|---|---|
| 2/1/2005 | 8474 |

**BILL TO**

JOHN C. DONOVAN, PARALEGAL
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
201 SOUTH MAIN, SUITE 600
SALT LAKE CITY, UTAH 84111-2221

| TERMS |
|---|
| Due on receipt |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Public Notice | JANUARY 27, 2005 NOTICE OF SERVICE OF PUBLICATION AND SUMMONS 42 COL INS CASE NO. 2-02-CV-210K HONORABLE DALE A KIMBALL | 42 | 5.00 | 210.00 |
| Public Notice | FEBRUARY 3, 2005 NOTICE OF SERVICE OF PUBLICATION ANS SUMMONS 42 COL INS CASE NO. 2-02-CV-210K HONORABLE DALE A KIMBALL | 42 | 5.00 | 210.00 |
| | Sales Tax | | 8.25% | 0.00 |

THANK YOU FOR YOUR BUSINESS!! CALL 325-853-3125 AND ASK FOR KATHY IF YOU HAVE ANY QUESTIONS.

**Total** $420.00

| | | | | | |
|---|---|---|---|---|---|
| Page | : | 1 of 5   01/24/2005 13:42:50 | Ad Number | : | 30800172 |
| | | | Ad Key | : | |
| Order Number | : | 30759199 | Salesperson | : | |
| PO Number | : | | Publication | : | Cortez Journal |
| Customer | : | 30750686 Ballard Spahr Andrews & Ingersoll LP | Section | : | 25" Classifieds |
| Contact | : | John C. Donovan, Paralegal | Sub Section | : | 25" Classifieds |
| Address1 | : | 201 S. Main, Suite 600 | Category | : | Legal; Cortez Private |
| Address2 | : | | Dates Run | : | 01/29/2005-02/01/2005 |
| City St Zip | : | Salt Lake City UT 841112221 | Days | : | 2 |
| Phone | : | (801) 531-3089 | Size | : | 1 x 27.50, 221 lines |
| Fax | : | (801) 321-9089 | Words | : | 695 |
| | | | Ad Rate | : | Open |
| Printed By | : | Cathy McCully | Ad Price | : | 347.88 |
| Entered By | : | Cathy McCully | Amount Paid | : | 0.00 |
| | | | Amount Due | : | 347.88 |
| Keywords | : | PUBLIC NOTICE James W. Stewart (#3959) Boyd L. Rog | | | |
| Notes | : | | | | |
| Zones | : | | | | |

---

PUBLIC NOTICE
James W. Stewart (#3959)
Boyd L. Rogers (#10095)
BALLARD SPAHR
ANDREWS & INGERSOLL,
LLP
One Utah Center, Suite 600
201 South Main Street
Salt Lake City, Utah
84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001

Attorneys for Plaintiff,
Shem Fischer

IN THE UNITED STATES
DISTRICT COURT
DISTRICT OF UTAH,
CENTRAL DIVISION

SHEM FISCHER,
    Plaintiff,

vs.
FORESTWOOD COMPANY, INC., a Utah corporation, a/k/a FORESTWOOD, FORESTWOOD INDUSTRIAL, INC., a Utah corporation, CORPORATION OF THE PRESIDENT OF THE FUNDAMENTALIST CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, COPORATION OF THE PRESIDING BISHOP OF THE FUNDAMENTALIST CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, WARREN S. JEFFS, JOHN DOE COMPANIES I-V, and JOHN DOE INDIVIDUALS I-X.
    Defendants.

ORDER ON EX PARTE
MOTION FOR SERVICE
BY PUBLICATION

# THE SPECTRUM

AL 3536

275 E. St. George Blvd.
St. George, UT 84770
Phone: (435) 674-6200  Fax: (435) 674-6272
Page 1 of 1

BALLARD, SPAHR, ANDREWS & INGE
ACCOUNTS PAYABLE
201 S MAIN ST #600
SALT LAKE CITY, UT 84111-2221

INVOICE DATE: Feb 27/2005
INVOICE NUMBER: 485820
ACCOUNT NUMBER: 38745
AMOUNT NOW DUE: $185.16

Payment is due on or before March 23, 2005

---

THE SPECTRUM

275 E. St. George Blvd, St. George UT 84770
TEL: (435) 674-6200 FAX: (435) 674-6272

### ADVERTISER INFORMATION

| BILLING PERIOD | ADVERTISER NAME | ACCOUNT NUMBER | INVOICE NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| JAN 31 - FEB 27 | BALLARD, SPAHR, ANDREWS & INGE | 38745 | 485820 | $185.16 |

## ADVERTISING INVOICE AND STATEMENT
### PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | ORDER# | DESCRIPTION | ED | AD SIZE | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Jan 31 | | Balance Forward | | | | ($60.54) |
| Feb 2 | 3608257 | L4997 IN THE UNITED | SPE | | | ~~$245.70~~ |

| EDITION | DESCRIPTION |
|---|---|
| SPE | The Spectrum |

TOTAL DUE: $185.16 *(Total circled)*

### AGING OF PAST DUE AMOUNTS

| TOTAL DUE | CURRENT | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| $185.16 | $185.16 | $0.00 | $0.00 | $0.00 |

ALL BILLING DISCREPANCIES MUST BE BROUGHT TO THE ATTENTION OF THE ACCOUNTING DEPARTMENT WITHIN 60 DAYS OF THE INVOICE DATE.
FOR QUESTIONS REGARDING THIS STATEMENT, PLEASE CONTACT THE ACCOUNTING DEPARTMENT AT (435) 674-6200.



**DOLORES STAR**  **MANCOS TIMES**

MONTEZUMA VALLEY PUBLISHING, INC.
P.O. BOX "J"
CORTEZ, CO 81321-0680
(970) 565-8527

91-1935248

| Billing Date: | Due Date: |
|---|---|
| 02/28/05 | 03/10/05 |
| Customer Number: 30750686 | |
| Salesperson: - Unknown | |
| 1 of 1 | |

Ballard Spahr Andrews & Ingersoll, LLP
Attn: John C. Donovan, Paralegal
201 S. Main, Suite 600
Salt Lake City UT 84111-2221

| DATE | ORDER NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/01/05 | 30759199 | PUBLIC NOTICE James W. Stewart (#3959) Boyd L. Rogers (#10095) BALLARD SPAHR ANDREWS & INGERSOLL, LLP One Utah Center, Suite 600 201 South Main Street Salt Lake City, Utah 84111-2221 Telephone: (801) 531-3000 Facsimile: (801) 531-3001 Attorneys for Plai<br>Cortez Journal    25" Classifieds, Legals Cortez Private<br>1 Col X 27.50 li 01/29/2005,2/1 | 347.88 |

| ACCOUNTS RECEIVABLE AGING | CURRENT | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|
| | 347.88 | .00 | .00 | .00 |

# Advertising Receipt

**The Spectrum**
275 E St. George Blvd.
St. George, UT 84770
Phone: (435) 674-6209
Fax: (435) 674-6266

#36745 Ballard Spahr
Ballard Spahr Andrews & Ingersoll
One Utah Center, Suite 600
201 S. Main Street
SALT LAKE CITY, UT 84111-2221

Cust#: 0311790 000
Ad#: 0361447
Phone: (801)531-3000
Date: 06/28/05

Ad taker: 62  Salesperson:  Classification: 2025

| Description | Start | Stop | Ins. | Cost/Day | Surcharges | Total |
|---|---|---|---|---|---|---|
| 01 The Spectrum | 06/17/05 | 06/18/05 | 2 | 157.50 | | 315.00 |
| 99 Internet | 06/17/05 | 06/18/05 | 2 | 0.00 | | 0.00 |

Payment Reference: L5824

Total: 315.00
Tax: 0.00

ORDER GRANTING EX PARTE MOTION FOR SERVICE BY PUBLICATION OF NOTICE OF
DEPOSITION OF WARREN S. JEFFS AND PLAINTIFF'S
REQUESTS FOR ADMISSION TO WARREN S. JEFFS

Net: 315.00
Prepaid: 0.00

Case No. 2-02-CV-210K
Honorable Dale A. Kimball

Total Due: 315.00

IN THE UNITED STATES
DISTRICT COURT
DISTRICT OF UTAH,
CENTRAL DIVISION

SHEM FISCHER,
Plaintiff,
vs.
FORESTWOOD COMPANY, INC., a Utah corporation, a/k/a FORESTWOOD, FORESTWOOD



**DOLORES STAR**  **MANCOS TIMES**

MONTEZUMA VALLEY PUBLISHING, INC.
P.O. BOX "J"
CORTEZ, CO 81321-0680
(970) 565-8527

| Billing Date: | Due Date: |
|---|---|
| 06/30/05 | |
| Customer Number: | |
| 30750686 | |
| Salesperson: | |
| - Unknown | |
| 1 of 1 | |

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Attn: John C. Donovan, Paralegal
201 S. Main, Suite 600
Salt Lake City  UT 84111-2221

| DATE | ORDER NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 06/21/05 | 30790265 | PUBLIC NOTICE Submitted by: James W. Stewart (#3959) Boyd L. Rogers (#10095) BALLARD SPAHR ANDREWS & INGERSOLL, LLP One Utah Center, Suite 600 201 South Main Street Salt Lake City, Utah 84111-2221 Telephone: (801) 531-3000 Facsimile: (801) 531-3001 Atto<br>Cortez Journal<br>25" Classifieds, Legals Cortez Private<br>1 Col X 18.25 Inches<br>06/18/2005,6/21 | 230.86 |

**PLEASE CHECK YOUR STATEMENT. IF THERE IS A DISCREPANCY, PLEASE CONTACT OUR OFFICE. CREDIT WILL ONLY BE ISSUED IF DISCREPANCY IS REPORTED WITHIN 30 DAYS OF RECEIPT OF STATEMENT. THANK YOU**

| ACCOUNTS RECEIVABLE AGING | CURRENT | 31-60 | 61-90 | Over 90 | |
|---|---|---|---|---|---|
| | 230.86 | .00 | .00 | .00 | |

THE ELDORADO SUCCESS
BOX 1115
ELDORADO, TX 76936

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 7/1/2005 | 8869 |

**BILL TO**

JOHN C. DONOVAN, PARALEGAL
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
201 SOUTH MAIN, SUITE 600
SALT LAKE CITY, UTAH 84111-2221

| TERMS |
|---|
| Due on receipt |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Public Notice | JUNE 23, 2005 27 COL INS SHEM FISHER NOTICE OF DEPOSITION-PUBLICATION OF ORDER | 27 | 5.00 | 135.00 |
| Public Notice | JUNE 30, 2005 27 COL INS SHEM FISHER NOTICE OF DEPOSITION-PUBLICATION OF ORDER | 27 | 5.00 | 135.00 |
|  | Sales Tax |  | 8.25% | 0.00 |

THANK YOU FOR YOUR BUSINESS!! CALL 325-853-3125 AND ASK FOR KATHY IF YOU HAVE ANY QUESTIONS.

**Total** $270.00